UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-23524-CIV-MORENO

AMARILYS REMEDIOS,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE SENTENCE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Movant Motion to Vacate (**D.E. No. 1**), filed on **September 30, 2010**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 11**) on **March 28, 2011**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that the Movant has not filed objections to the Magistrate Judge's Report and Recommendation and the time for doing so has now passed. It is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 11**) on **March 28, 2011** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Motion to Vacate Sentence is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of April, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record